UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | |
| THAPAN GROUP, LLC | : CHAPTER 11 |
|     DEBTOR | : CASE NO. 13-30743 |
| | |
| LAKELAND WEST CAPITAL, LLC | |
|     MOVANT | : ECF NO. |
| VS | |
| | |
| THAPAN GROUP, LLC | : JULY 22, 2013 |
|     DEBTOR | |

### STIPULATION

LAKELAND WEST CAPITAL, LLC ("Movant"), a secured creditor holding a first mortgage in the above-captioned case on properties located at **196 East Main Street, Clinton, CT 06143, 252 Spencer Street, Manchester, CT 06040, and 288 Middle Turnpike West, Manchester, CT 06040** ("Property"), and due deliberation being had thereon; and counsel for the debtor THAPAN GROUP, LLC ("Debtor"), having conferred and stipulated to entry of this Order; and good and sufficient cause appearing therefore;

AND THE PARTIES HAVING STIPULATED AND AGREED THAT:

1. Regarding **Note # xxx4516**, the Debtor will commence making monthly adequate protection payments in the amount of **$4,035.99**, pursuant to the terms of the underlying note and mortgage **on or before August 1, 2013**, and will continue on or before the 1st of every month thereafter.

2. The parties acknowledge that the monthly payment could change during the remaining term of the mortgage note as variable note rate changes take

effect. The Movant shall notify the Debtor in writing in the event of any such change. Monthly payments should be made payable to LAKELAND WEST CAPITAL, LLC and mailed to:

**Lakeland West Capital, LLC**
**5002 Lakeland Circle, Suite B**
**Waco, TX  76710**

**The loan number should be used for identification on all payments**.

3. The Debtor further agrees to maintain property insurance on Property.

4. The Debtor further agrees to file a Disclosure Statement and a Plan of Reorganization by October 1, 2013, in accordance with deadline set by the Court at a status conference held on July 17, 2013.

**IT IS ORDERED**:

A. In the event the Debtor fails or refuses to make any of the payments to the Movant herein as stated in Paragraph 1 and 2 herein, or fails to maintain property insurance as stated in Paragraph 3, or fails to file a Plan as set out in Paragraph 4, then LAKELAND WEST CAPITAL, LLC may file an Affidavit of Non-Compliance with this Court, with copies to the Debtor and Debtor's counsel by mail certifying the default. In the event the Debtor does not cure the delinquency within five (5) business days or if the Debtor does not file, within five (5) business days of the date of filing of said affidavit, a counter-affidavit certifying that the Debtor has complied with the provisions of this Stipulation, then an Order shall enter granting the Movant Relief From Stay under 11 U.S.C. §362.

In the event the Debtor does file a counter-affidavit with the prescribed time period, a hearing on this Stipulation shall be scheduled for a hearing pursuant to the order of the court.

B.  Notwithstanding anything herein to the contrary, Movant reserves its rights to contest any Plan filed by the Debtor.

C.  This order shall be binding on the Debtor and Movant's assigns and successors in interest.

| CONSENTED TO: | CONSENTED TO: |
|---|---|
| CONSENTED TO: | CONSENTED TO: |
| _____/s/_____ | _____/s/_____ |
| Stuart Caplan, Esq. | Linda J. St. Pierre, Esq. |
| Attorney for the Debtor | Attorney for the Movant |
| Dated:  8-2-13 | Dated:  7-22-13 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 30th day of August, 2013.

Thapan Group, LLC
722 Forest Road
Northford, CT 06472
(Debtor)

Neil Crane
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(Debtor's Attorney)

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

New Haven
Connecticut Financial Center
157 Church Street
18th Floor
New Haven, CT 06510-2100

Nalini Y. Patel
722 Forest Road
Northford, CT 06472-1483
(Creditor)

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
(Creditor)

Lakeland West Capital VI, LLC
4901 Bosque Boulevard
PO Box 8152
Waco, TX 76714-8152
(Creditor)

State of Connecticut
Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106-5032
(Creditor)

Town Of Clinton
Tax Collector
54 East Main Street
Clinton, CT 06413-2095
(Creditor)

Clinton Shell, LLC
196 East Main Street
Clinton, CT 06413
(Creditor)

Town Of Manchester
Assessment & Collection Office
41 Center Street
PO Box 191
Manchester, CT 06045-0191
(Creditor)

         MOVANT

         By: _____/s/_____
           Linda J. St. Pierre, Esq.
           Hunt Leibert Jacobson, P.C.
           50 Weston Street
           Hartford, Connecticut 06120
           Telephone No. (860) 808-0606
           Federal Bar No. CT 22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**