UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | | |
| THAPAN GROUP, LLC | : | CHAPTER 11 |
|     DEBTOR | : | CASE NO. 13-30743 |
| | | |
| LAKELAND WEST CAPITAL, LLC | | |
|     MOVANT | : | ECF NO. 37 |
| VS | | |
| | | |
| THAPAN GROUP, LLC | : | |
|     DEBTOR | | |

## ORDER APPROVING STIPULATION

LAKELAND WEST CAPITAL, LLC ("Movant"), a secured creditor holding a first mortgage in the above-captioned case on properties located at **196 East Main Street, Clinton, CT 06143, 252 Spencer Street, Manchester, CT 06040, and 288 Middle Turnpike West, Manchester, CT 06040** ("Property"), and due deliberation being had thereon; and counsel for the debtor THAPAN GROUP, LLC ("Debtor"),

LAKELAND WEST CAPITAL, LLC ("Movant"), having entered into a stipulation agreement with the Debtor on August 2, 2013 (ecf # 37) and there being good cause to enter the Stipulation;

**IT IS HEREBY ORDERED** that the Stipulation is hereby approved.

Dated: October 28, 2013               BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge