UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Thapan Group LLC _____   Case No. 13-30743 _____

Debtor   Reporting Period:   Nov-13 _____

Federal Tax I.D. #   06-1583431 _____

### SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | x | |
| Balance Sheet | MOR-3 (RE) | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | x | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | x | |
| Payments to Insiders and Professional | MOR-6 (RE) | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | x | |
| Cash Flow Projection | MOR-7 (RE) | x | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____   Date   11/18/2013

Signature of Authorized Individual* /s/ Hital Patel _____   Date   11/18/2013

Printed Name of Authorized Individual Hital Patel _____   Date   11/18/2013

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Thapan Group LLC          Case No. 13-30743

Debtor         Reporting Period:      Nov-13

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | | | | $2.05 |
| RECEIPTS | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | | | | $17,950 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| TOTAL RECEIPTS | | | | |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | $ 17,716.42 |
| INSURANCE | | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH LIST)* | | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | $ 20.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | | | | |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | |
| | | | | |
| CASH – END OF MONTH | | | | $215.63 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 17716.42 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 17716.42 |

In re Thapan Group LLC                                              Case No. 13-30743

| Debtor | | Reporting Period: | Nov-13 |
|---|---|---|---|
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 35,432.84 | |

In re Thapan Group LLC        Case No. 13-30743

**Debtor**        Reporting Period:        Nov-13

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** |  |  |  |
| BANK BALANCE |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : |  |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |
| **ADJUSTED BANK BALANCE** * |  |  | $215.63 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER**

**In re** Thapan Group LLC

**Debtor**

Case No. 13-30743

Reporting Period: _____ Nov-13

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Rental Income | $35,666.42 | $53,766.42 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach MOR-5 (RE) Rent Roll) | | $53,766.42 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | $20.00 | $76.53 |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | $35,432.84 | $53,149.26 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $213.58 | $540.63 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | $215.63 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Thapan Group LLC                                    Case No. 13-30743
　　　Debtor                                               Reporting Period:　　　　　Nov-13

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER INCOME

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER REORGANIZATION EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re  Thapan Group LLC                                          Case No. 13-30743
        Debtor                           Reporting Period:          Nov-13

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $215.63 | | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | | | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 1470000 | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | | | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | 1470215.63 | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | 2514705.31 | | |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Thapan Group LLC

Case No. 13-30743

**Debtor**

Reporting Period: Nov-13

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Thapan Group LLC
Debtor

Case No. 13-30743
Reporting Period:    Nov-13

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 91 |  |
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Real Estate Taxes |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

FORM MOR-4 (RE)
2/2008
PAGE 1 OF 1

In re Thapan Group LLC
Debtor

Case No. 13-30743
Reporting Period: Nov-13

# RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

Property:
Square Footage:

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent |
|--------|--------|-------------|----------------|---------------|------------|------------|------------|-------------|-----------|--------------|-------------|
| 196 | | | | | | | | | | 5250 | |
| 252 | | | | | | | | | | 5000 | |
| 288 | | | | | | | | | | 7250 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

FORM MOR-5 (RE)
2/2008
PAGE 2 OF 4

In re Thapan Group LLC

Debtor

Case No. 13-30743

Reporting Period: Nov-13

Totals

FORM MOR-5 (RE)
2/2008
PAGE 3 OF 4

| Common Area Maint. | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FORM MOR-5 (RE)
2/2008
PAGE 4 OF 4

In re Thapan Group LLC                                    Case No. 13-30743
        Debtor                                           Reporting Period:          Nov-13

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re Thapan Group LLC                                         Case No. 13-30743
     Debtor                                          Reporting Period:  Nov-13

### CASH FLOW PROJECTION FOR THE PERIOD June THROUGH October

A cash flow projection must be included for each property.  The debtor's cash flow projection may be substituted for this page.  Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: _____
Square Footage: _____

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME | June | July | Aug | Sep | Oct | | | | | | | |
| Rental Income | 17500 | 17500 | 17500 | 17500 | 17500 | | | | | | | |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| OPERATING EXPENSES | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other (attach schedule) | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | 17500 | 17500 | 17500 | 17500 | 17500 | | | | | | | |

In re Thapan Group LLC

**Debtor**

Case No.

**Reporting Period:**

# DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes |
|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | |
| 8 | Are any post petition State or Federal income taxes past due? | |
| 9 | Are any post petition real estate taxes past due? | |
| 10 | Are any other post petition taxes past due? | |
| 11 | Have any pre-petition taxes been paid during this reporting period? | |
| 12 | Are any amounts owed to post petition creditors delinquent? | |
| 13 | Have any post petition loans been been received by the Debtor from any party? | |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | |

13-30743

Nov-13

| No |
|----|
| X |
| |
| X |
| X |
| |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |

# Gold Business Services Package

Account number: **9152358488**  ■  October 1, 2013 - October 31, 2013  ■  Page 1 of 4



THAPAN GROUP, LLC
DEBTOR-IN-POSSESSION,
CH 11 CASE 13-30743 (CT)
722 FOREST RD
NORTHFORD CT 06472-1483

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (221)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Applying for financing can seem like a numbers game of credit scores and
financial statements. Find out what lenders are really looking for at
wellsfargobusinessinsights.com/lenders.

## Account options

*A check mark in the box indicates you have these convenient
services with your account.  Go to wellsfargo.com/biz or call
the number above if you have questions or if you would like
to add new services.*

| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

**Spread some joy with customizable Wells Fargo Visa Gift Cards**

**Enjoy discounted pricing when you buy gift cards in bulk online\***
Wells Fargo Visa Gift Cards make great holiday gifts for your employees and allow you to:
- Customize the cards with a message, your company name, or both.
- Save on purchase fees when you order in bulk online.\*
- Choose whatever denomination you want to give, from $25 to $500.
- Give with confidence, knowing the funds on the cards never expire.

Get started on your holiday shopping today! Order your gift cards online at wellsfargo.com/giftcard.

\*Shipping fees waived on all bulk orders of 25 or more on Wells Fargo Visa® Gift Cards purchased between 10/14/2013 and 11/22/2013.

**You could go to Super Bowl XLVIII in NY/NJ, courtesy of Visa!**
Learn more by visiting wellsfargo.com/football

Sheet Seq = 0010127
Sheet 00001 of 00002

Account number: **9152358488** ■ October 1, 2013 - October 31, 2013 ■ Page 2 of 4



No purchase or obligation necessary to enter or win.

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $2.05 |
| Deposits/Credits | 35,666.42 |
| Withdrawals/Debits | - 35,452.84 |
| **Ending balance on 10/31** | **$215.63** |
| Average ledger balance this period | $2,337.18 |

Account number: **9152358488**

**THAPAN GROUP, LLC
DEBTOR-IN-POSSESSION,
CH 11 CASE 13-30743 (CT)**

*Connecticut account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 021101108

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/7 | 1004 | Check | | 17,716.42 | -17,714.37 |
| 10/8 | | Check Reversal | 17,716.42 | | |
| 10/8 | | Deposit Made In A Branch/Store | 7,250.00 | | 7,252.05 |
| 10/15 | | Deposit Made In A Branch/Store | 8,000.00 | | |
| 10/15 | | Deposit | 500.00 | | |
| 10/15 | | Online Transfer From Patel N Ref #Ibe8Cplsyc Checking Via Mobile | 2,200.00 | | 17,952.05 |
| 10/16 | | Consumer Auto Fi Web Pmts 101613 Gpln1 Thapan Group LLC Dip | | 17,716.42 | |
| 10/16 | | Consumer Auto Fi Web Pmts 101613 Hpln1 Thapan Group LLC Dip | | 3.00 | 232.63 |
| 10/31 | | Monthly Service Fee | | 14.00 | |
| 10/31 | | Cash Deposited Fee | | 3.00 | 215.63 |
| **Ending balance on 10/31** | | | | | **215.63** |
| **Totals** | | | **$35,666.42** | **$35,452.84** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1004 | 10/7 | 17,716.42 |

**Items returned unpaid**

| Date | Description | Amount |
|---|---|---|
| 10/8 | Non-Monetary Notation Transaction   Reference # 0000829900812696716 | 17,716.42 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

Account number:  **9152358488**  ■  October 1, 2013 - October 31, 2013  ■  Page 3 of 4



---

*Monthly service fee summary (continued)*

| Fee period 10/01/2013 - 10/31/2013 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|

| **How to avoid the monthly service fee** *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $2,337.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
|    - Average daily balances from previous month in business PrimeLine® line of credit and Business PrimeLoan℠ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 8,500 | 7,500 | 1,000 | 0.0030 | 3.00 |
| Transactions | 6 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$3.00** |

---

☐   Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount  $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**CLINTON SHELL LLC**
**OPERATING ACCOUNT**
196 E MAIN ST.
CLINTON, CT 06413-2230

**Peoples United Bank**

344

51-7218/2711
80134

peoples.com

DATE  8-1-13

PAY TO THE ORDER OF

Five hundred and fifty-one ⁵⁰/₁₀₀

DOLLARS $ 551 ⁵⁰/₁₀₀

Tax Collector Town of Clinton

FOR Personal Prop Tax 2013 OL 0040019

⑈000344⑈ ⑆271182711⑆ 6500 2568 76⑈



**CLINTON SHELL LLC**
**OPERATING ACCOUNT**
196 E MAIN ST.
CLINTON, CT 06413-2230

**People's United Bank**
peoples.com
343
51-7218/2211
60134

DATE 6-1-13

PAY TO THE ORDER OF Six thousand four hundred thirty five

⌐Tax Collector Town of Clinton ⌐

_____ DOLLARS  $ 6435 00/100

FOR R.E. Tax 2012 02 007 0249

⑈000343⑈ ⑈221721861⑈ 6500 256876⑈