Case 13-30743  Doc 80  Filed 02/16/14  Entered 02/17/14 00:29:03  Desc Main
             Document      Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In Re: Thapan Group, LLC                    Case No: 13-30743

Debtor(s)                                   Chapter 11

## REPORT ON BALLOTS AND ADMINISTRATIVE EXPENSES

| | Impaired or Unimpaired | Number Eligible | Number Voting | Amount Voting | Number Accept | Amount Accept | Number Reject | Amount Reject | Number Needed For Conf. | Amount Needed For Conf. |
|---|---|---|---|---|---|---|---|---|---|---|
| Class 1: | Unimpaired | 1 | | | | | | | | |
| Class 2: | Impaired | 1 | 1 | 2580687.12 | 1 | 2580687.12 | 0 | 0 | 1 | 2580687.12 |
| Class 3: | Unimpaired | 1 | | | | | | | | |
| Class 4: | Unimpaired | 1 | | | | | | | | |
| Class 5: | Unimpaired | 1 | | | | | | | | |
| Class 6: | Unimpaired | 1 | | | | | | | | |
| Class 7: | | | | | | | | | | |
| Class 8: | | | | | | | | | | |
| Class 9: | | | | | | | | | | |
| Class 10: | | | | | | | | | | |
| Class 11: | | | | | | | | | | |
| Class 12: | | | | | | | | | | |

Class __6__ : Stockholders: Total Number __1__
Number Voting: __1__
Number Accepts: __1__

PLEASE INDICATE ABOVE, UNDER EACH CLASS, WHETHER SECURED, PRIORITY, OR UNSECURED

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a **Class Two (2)** Claim against the Debtor in the unpaid amount of

$2,580,687.32 per Proof of Claim as of that date

(Check One Box Only)

[√] ACCEPTS THE PLAN                    [ ] REJECTS THE PLAN

Dated: 3/27/14

Print or Type Name: Linda St Pierre

Company: Hunt Leibert + Jacobson P.C.

Signature: _____

Creditor's Name: Lakeland West Capital LLC

Debtor's Account Number: _____

Creditor Contact Phone Number: c/o (860) 240-9156

Title (if corporation or partnership): _____

Address: c/o Hunt Leibert + Jacobson
50 Weston St
Hartford CT 06120

RETURN THIS BALLOT TO:

LAW OFFICES OF NEIL CRANE, LLC
Stuart H. Caplan, Esquire
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233- Phone
(203) 230-8484- Fax